UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:98-M-795

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| DAVID (NMN) LEE, III | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint and Arrest Warrant filed on October 22, 1998, charging the captioned defendant with Unlawful Flight to Avoid Prosecution, as the defendant has been arrested on the originating charges and is currently in custody in Warren County, North Carolina, awaiting trial.

This, the 30th day of November, 2012.

THOMAS G. WALKER
United States Attorney

/s/ Robert J. Higdon, Jr.
BY: ROBERT J. HIGDON, Jr.
Assistant United States Attorney
U.S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4103
Fax: (919) 856-4487
E-mail: Bobby.Higdon@usdoj.gov
State Bar No. 17229

Leave for filing of the foregoing dismissal is hereby granted this
26 day of December 2012

JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE